**FILED**
4:34 pm Jul 15 2025
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS.: 1:25MJ2026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | JAMES E. GRIMES JR. |
| v. | ) | |
| | ) | |
| ORLANDO CHAPPELL, | ) | ORDER UNSEALING CASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the United States of America, and for good cause shown, Case No. 1:25MJ2026 is hereby unsealed.

James E. Grimes Jr., United States Magistrate Judge

07/15/2025
DATE